UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-cr-0193-JPH-DLP |
| | ) | |
| JASON M. BETTS, | ) | - 01 |
| RICHARD A. WELLS, | ) | - 02 |
| MONTEZ L. WELLS, | ) | - 03 |
| ALESHALIA BOSS, | ) | - 04 |
| DONTA L. HAMPTON, | ) | - 06 |
| RICK P. COLEY, | ) | - 07 |
| JENNIFER J. BLACK, | ) | - 08 |
| MARCO URIBE, | ) | - 09 |
| COLIN C. JOHNSON, | ) | - 10 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR JULY 15, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on July 7, 2021. Defendants appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Brad Blackington. USPO represented by Richard Martinez.

Financial affidavits approved. Counsel appointed for each defendant.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **July 28, 2021**.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner

may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendants waived formal arraignment and reading of the indictment on the record.

Government moved for pretrial detention and a hearing was scheduled. Detention hearings set as follows:

> Jason M. Betts – July 22, 2021 at 3:00 p.m. in courtroom 238
> Richard A. Wells – July 22, 2021 at 1:00 p.m. in courtroom 238
> Montez L. Wells – July 22, 2021 at 1:30 p.m. in courtroom 238
> Aleshalia Boss – July 21, 2021 at 11:00 a.m. in courtroom 238
> Donta Hampton – July 22, 2021 at 2:00 p.m. in courtroom 238
> Rick P. Coley – July 22, 2021 at 2:30 p.m. in courtroom 238
> Jennifer Black – July 21, 2921 at 11:00 a.m. in courtroom 238
> Marco Uribe – July 22, 2021 at 11:30 a.m. in courtroom 238

Defendant Johnson was brought before the Court on a Writ of Habeas Corpus Ad Prosequendum. Parties were instructed to bring the issue of pretrial detention/release to the attention of the Court if the issue becomes ripe.

Government moved for the defendants to submit to a urinalysis and the same granted.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 7/16/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system