UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00193-JPH-MJD |
| | ) | |
| JASON M. BETTS | ) | |
| a/k/a Sosa, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR MARCH 15, 2023**

On this date, Jason Betts appeared in person and by counsel, Jack Crawford, for a change of plea and sentencing hearing. The government appeared by counsel, Assistant United States Attorneys Brad Blackington and Kelsey Massa, with its investigative agent, FBI Special Agent Kerry Inglis. Stephanie Ivie appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter Jodie Franzen.

Defendant was placed under oath. The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offenses charged. The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b). The Court adjudged Defendant guilty of Counts 1 and 2 of the Indictment. The government moved to dismiss the Superseding Indictment as to Mr. Betts, which motion was granted.

The Court reviewed the presentence investigation report. Defendant's objections to Paragraphs 45, 47, and 48 did not require a ruling. There were no other objections to the presentence investigation report. The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to 240 months' imprisonment (240 months on Count 1 and 48 months on Count 2, concurrent) and three years' supervised release (three years on Count 1 and one year on Count 2, concurrent). A fine of $1500.00 was imposed with interest waived. A special assessment of $200.00 was imposed and an order of forfeiture for the property identified in the plea agreement entered. Defendant was remanded to the custody of the U.S. Marshal. The Judgment is forthcoming.

Distribution:

All Electronically Registered Counsel